**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Donavan Baker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, and | ) | |
| Joe Doe I-X and Jane Roe I-X | ) | |
| | ) | Case No. 4:09-cv-046 |
| Defendants. | ) | |

_____

On November 5, 2009, the parties filed a Stipulation to Extend Deadline for Expert's Affidavit. The court **ADOPTS** the parties' stipulation (Docket No. 7) and **ORDERS** that the deadline for filing the Expert's Affidavit be continued until Dr. Ralph Silverman's affidavit confirming his report is received by the Defendants, which the Plaintiff anticipates will be within the next thirty days.

Dated this 13th day of November, 2009.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge